# Court of Appeals
# of the State of Georgia

ATLANTA,___August 17, 2016___

*The Court of Appeals hereby passes the following order:*

**A17E0001.  MICHAEL KELL, et al v. WILMINGTON TRUST NA, et al.**

Petitioners Reverand Michael John Kell and The First Meliorite Church's "Motion for an Order of Supersedeas" having been read and considered, the same is herein DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____08/17/2016___*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*